```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, )   | |
| ) | |
| Plaintiff, )   | Criminal Action No. 5:07-137-JMH |
| ) | |
| v. ) | |
| ) | |
| JOHN DAVID HADDIX, )   | **MEMORANDUM OPINION AND ORDER** |
| ) | |
| Defendant. ) | |

\*\*   \*\*   \*\*   \*\*   \*\*

This matter is before the Court on Defendant John David Haddix's Objection to the Introduction of 404(b) Evidence [Record No. 160], in which he joins the objection filed by Gregory David Haddix [Record No. 158] by adopting the language of paragraphs two through four of that Objection. Defendant Haddix asks that the Court limit testimony about Gregory David Haddix's guilty plea and subsequent incarceration related to a charge of Trafficking in Oxycontin, which occurred on September 1, 2005.[1] He does not object to the introduction of evidence regarding the activities and transactions which ultimately culminated in the criminal charges against Gregory David Haddix and his guilty plea and incarceration.

Insofar as the Court has ruled on Gregory David Haddix's Objection and determined that certain evidence is admissible

---

[1] The Court notes that one of the co-defendants, Gregory David Haddix, shares a surname with the movant. For the purposes of this order, "Defendant Haddix" shall refer only to the movant, John David Haddix.

[Record No. 159], the same analysis applies to Defendant Haddix's objection and his request for relief will be denied in part, said denial being without prejudice, and granted in part.  Should the United States offer any of the admissible evidence in a manner other than that outlined in this Court's January 9, 2008, Order [Record No. 15], Defendant may renew his objection during trial as appropriate.

Further, insofar as the Defendant Haddix believes that an admonition or instruction to the jury regarding the use of that evidence in the prosecution of the charges against him is necessary, Defendant Haddix is free to raise such a request through counsel if and when the evidence is presented during trial or upon submission of proposed jury instructions.

For all of the reasons set forth above, **IT IS ORDERED** that Defendant Haddix's Objection to the Introduction of 404(b) Evidence [Record No. 160] and request for relief shall be, and the sane hereby is, **DENIED IN PART WITHOUT PREJUDICE** and **GRANTED IN PART.**

**IT IS FURTHER ORDERED** that the United States shall not offer any evidence of Gregory David Haddix's incarceration stemming from his guilty plea to charges arising out of a certain 2005 transaction.

This the 10th day of January, 2008.



Signed By:

*Joseph M. Hood*

Senior U.S. District Judge